THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES LUCEY, Respondent, *v.* FRANCIS J. MOLLOY et al., as the Board of Estimate and Apportionment of the City of Troy, Appellants.

*People ex rel. Lucey* v. *Molloy,* 35 App. Div. 136, affirmed.
(Argued November 20, 1899; decided December 5, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 2, 1898, reversing an order of Special Term denying a motion for a peremptory writ of mandamus.

*William J. Roche* for appellants.

*Henderson Peck* for respondent.

Order affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., not voting.

––––––––––––

SARAH C. DOUGLASS et al., as Executors of GEORGE L. COR-NELL, Deceased, Respondents, *v.* WILLIAM B. HALSTEAD et al., as Executors of NEWBURY D. HALSTEAD, Deceased, and WILLIAM B. HALSTEAD, Individually, Appellants.

*Douglass* v. *Bush,* 34 App. Div. 226, appeal dismissed.
(Submitted November 20, 1899; decided December 5, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 29, 1898, affirming an order of Special Term adjudging defendant William B. Halstead in contempt for the violation of an injunction.

*Frederick William Sherman* for appellants.

*John H. Clapp* for respondents.

Appeal dismissed, with costs, on the authority of *Ray* v. *N. Y. Bay Extension R. R. Co.* (155 N. Y. 102), and *Jewelers' Mercantile Agency* v. *Rothschild* (155 N. Y. 255). No opinion.
All concur.